IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VENUS LOCATIONS, LLC | § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 2:16-cv-00985 |
| v. | § § | |
| OMNITRACS, LLC | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of Plaintiff Venus Locations, LLC's Motion for Voluntary Dismissal with Prejudice (Dkt. No. 7) of all claims asserted in this action against Defendant Omnitracs, LLC, the Motion for Voluntary Dismissal is **GRANTED**. It is ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

**SIGNED this 26th day of September, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE